*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*


# MEMORANDUM OPINION

No. 04-09-00358-CV

Michael **UGWU** and Gaberlia Ugwu,
Appellants

v.

**VILLAS AT INGRAM HILLS HOMEOWNERS ASSOCIATION, INC.**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-13808
Honorable Andy Mireles, Judge Presiding

PER CURIAM

Sitting:    Karen Angelini, Justice
            Sandee Bryan Marion, Justice
            Phylis J. Speedlin, Justice

Delivered and Filed:  October 21, 2009

DISMISSED FOR WANT OF PROSECUTION

On August 4, 2009, we ordered Appellants Michael Ugwu and Gaberlia Ugwu to provide written proof to this court on or before August 14, 2009, that either (1) the reporter's fee had been paid or arrangements had been made to pay the reporter's fee; or (2) appellants were entitled to appeal without paying the reporter's fee. And, we ordered appellant to file written proof on or before August 14, 2009, that they had filed a designation of record with the court reporter. We noted that

if appellants failed to respond within the time provided, their brief would be due within thirty days from the date of our order, and that we would only consider those issues or points raised in their brief that did not require a reporter's record for a decision.

Because appellants did not file written proof with this court as ordered, their appellants' brief was due September 3, 2009. However, neither the brief nor a motion for extension of time was filed. Therefore, on September 18, 2009, we ordered appellants to file, on or before September 28, 2009, their appellants' brief and a written response reasonably explaining (1) their failure to timely file the brief and (2) why appellee was not significantly injured by their failure to timely file a brief. We warned that if appellants failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a). Appellants have not filed a brief or a written response as ordered. Therefore, we dismiss this appeal for want of prosecution.

PER CURIAM